UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EUGENE EVERAL BAIRD,

                 Plaintiff,

     v.

L.A. COUNTY JAIL SHERIFF
DEPT., et al.,

                 Defendants.

Case No. CV 16-6846-ODW (RAO)

JUDGMENT

    In accordance with the Order Dismissing Complaint issued concurrently herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

DATED:  October 31, 2016

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE