1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   EUGENE EVERAL BAIRD,                    Case No. CV 16-6846-ODW (RAO)

12                 Plaintiff,

13         v.                                JUDGMENT

14   L.A. COUNTY JAIL SHERIFF
     DEPT., et al.,
15
                   Defendants.
16

17         In accordance with the Order Dismissing First Amended Complaint issued

18   concurrently herewith, IT IS ORDERED AND ADJUDGED that this action is

19   DISMISSED.

20

21   DATED:  January 5, 2017

22                                   _____
                                     OTIS D. WRIGHT, II
23                                   UNITED STATES DISTRICT JUDGE

24
25
26
27
28